UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darlene Lluvia Padilla,                                         Civ. No. 23-1596 (PAM/JFD)

                Petitioner,

v.                                                              **MEMORANDUM AND ORDER**

Michael Segal, Warden,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated December 11, 2023. (Docket No. 15.) The R&R recommends that Petitioner Darlene Lluvia Padilla's Petition for a Writ of Habeas Corpus be denied because the Petition conclusively shows that Padilla is not entitled to habeas relief. Padilla did not file any objections to the R&R and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 15) is **ADOPTED**;

2.      The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

    3.    This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January 10, 2024　　　　　　　　　*s/Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge